**E. W. HUNSBERGER and MARGARET McLEOD MICKLER HUNS-BERGER, his wife, v. A. B. COKER, et als.**

30 So. (2nd) 747                                   January Term, 1947
April 1, 1947                                              En Banc

*Frank T. Phillips* and *Oliver C. Maxwell,* for petitioners.

*Rogers, Towers & Bailey* for First Federal Savings and Loan Association, et al., respondents; *Paul Ritter* for A. B. Coker and A. B. Coker and Sons, Inc., respondents; *Touchton & MacCalla* for B. H. Williams and wife, respondents; *William H. Hamilton* for Peoples Bank of Auburndale, et al., respondents; *Frank Bezoni* for B. W. Williams, respondent.

PER CURIAM:

This cause having heretofore been submitted to the court on petition for writ of certiorari upon the transcript of record and briefs and the record having been inspected, it is ordered that said petition be and the same is hereby denied.

THOMAS, C. J., TERRELL, CHAPMAN, ADAMS and BARNS, JJ., concur.

BUFORD, J., dissents.

On petition for rehearing filed May 8, 1947.

PER CURIAM:

Counsel for petitioners having filed in this cause petition for rehearing and having been duly considered, it is ordered by the court that said petition be and the same is hereby denied.

THOMAS, C. J., BUFORD, CHAPMAN and ADAMS, JJ., concur.

TERRELL and BARNS, JJ., dissent.

BARNS, J., dissents:

Certiorari has heretofore been denied herein, however, on petition for rehearing it has been made to appear that by paragraph XXX of the answers of J. L. McCall, et ux., the First Federal Savings & Loan Association and B. H. Williams, et ux., it was suggested to the chancellor that certain

named parties had purchased portions of the mortgaged premises prior to the filing of the bill and were necessary parties to such foreclosure.

The chancellor by paragraph (9) of his decree of June 7th, 1946, ordered the plaintiff to amend her bill by making parties defendant certain persons named in paragraph XXX of said Answers.

Since it is not shown by the said answer that such persons are in anywise necessary to the adjudication of the equities between the plaintiff and the "First Federal," McCall or Williams, the decretal portion of such order.should be reversed with leave for further consideration by the chancellor, and as to such portion of the said decree certiorari should be granted and said decretal portion quashed accordingly, and said petition for rehearing in other respects denied.

TERRELL, J., concurs.